BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213. 613.0500
Facsimile:  213.613.0550

Attorneys for Defendants
MOTOROLA SOLUTIONS, INC.
and PETER E. CARLSON

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PICK, an individual; JAY FRANCIS, an individual; WIRELESS US, LC, a Nevada limited liability company;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JAMES A. KAY, an individual; MOTOROLA SOLUTIONS, INC., a Delaware Corporation; LUCKY'S TWO-WAY RADIOS, INC., a Nevada limited liability company; PETER E. CARLSON, an individual; and DOES 1 through 20, inclusive;<br><br>　　　　　Defendants. | Case No.: 2:19-cv-07137-DMG-FFM<br><br>Judge:   Hon. Dolly M. Gee<br><br>**DEFENDANTS PETER E. CARLSON AND MOTOROLA SOLUTIONS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>[*Filed concurrently herewith:  Motion To Dismiss First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)*]<br><br>Date:   December 6, 2019<br>Time:   9:30 a.m.<br>Court:  Courtroom 8C |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendants Peter E. Carlson and Motorola Solutions, Inc. ("Defendants") request that the Court take judicial notice of the following documents in support of their motion to dismiss Plaintiffs' First Amended Complaint.

The attached records described below are state and federal court records and dockets. It is well-established that courts make take judicial notice of such records. *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts."); *Porter v. Ollison* (9th Cir. 2010) 620 F.3d 952, 955 ("Judicial notice is taken of the court documents in the state court proceedings."); *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (judicial notice of federal court documents is appropriate); United States ex rel. Robinson Rancheria Citizens Council v. Borneo, 971 F.2d 244, 248 (9th Cir.1992) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.' ").

1. Attached as **Exhibit A** is a true and correct copy of the docket in *Motorola, Inc. v. Harold Pick, et al.*, Case No. 93-CV-5958-ABC-SH (Central District of California), printed from PACER.

2. Attached as **Exhibit B** is a true and correct copy of the October 27, 1995 Stipulated Judgement For Damages and Permanent Injunction in Motorola, Inc. v. Harold Pick, et al., Case No. 93-CV-5958-ABC-SH (Central District of California).

3. Attached as **Exhibit C** is a true and correct copy of the docket in *Motorola, Inc. v. Harold Pick, et al.,* Case No. 04-2655-JFW-E, printed from PACER.

4. Attached as **Exhibit D** is a true and correct copy of the November 17,

2005 Judgment and Permanent Injunction in *Motorola, Inc. v. Harold Pick, et al.*, Case No. 04-2655-JFW-E.

5. Attached as **Exhibit E** is a true and correct copy of the docket in *Motorola Solutions, Inc. v. Harold Pick et al.*, A-14-711099-C (Clark County, Nevada), retrieved from the court's web site.

6. Attached as **Exhibit F** is a true and correct copy of the Complaint in *Motorola Solutions, Inc. v. Harold Pick et al.*, A-14-711099-C (Clark County, Nevada).

7. Attached as **Exhibit G** is a true and correct copy of September 1, 2017 Order in *Motorola Solutions, Inc. v. Harold Pick et al.*, A-14-711099-C (Clark County, Nevada).

8. Attached as **Exhibit H** is a true and correct copy of the docket in *Motorola Solutions, Inc. v. Harold Pick, et al.*, A-17-757091-B (Clark County, Nevada), retrieved from the court's web site.

9. Attached as **Exhibit I** is a true and correct copy of the Complaint in *Motorola Solutions, Inc. v. Harold Pick, et al.*, A-17-757091-B (Clark County, Nevada).

10. Attached as **Exhibit J** is a true and correct copy of the November 15, 2017 Order on Defendant Harold Pick's Motion To Dismiss in *Motorola Solutions, Inc. v. Harold Pick, et al.*, A-17-757091-B (Clark County, Nevada).

11. Attached as **Exhibit K** is a true and correct copy of the June 4, 2019 Case Appeal Statement in *Motorola Solutions, Inc. v. Harold Pick, et al.*, A-17-757091-B (Clark County, Nevada).

12. Attached as **Exhibit L** is a true and correct copy of the Ninth Circuit's November 22, 2017 Memorandum Order in *Motorola, Inc. v. Harold Pick*, Appellate Case No. 16-55312, District Court Case No. 04-CV-2655-JFW-SH.

13. Attached as **Exhibit M** is a true and correct copy of the Complaint in *Motorola Solutions, Inc. v. Harold Pick, et al.*, Case No. SC123039 (Los Angeles County Superior Court).

14. Attached as **Exhibit N** is a true and correct copy of the November 30, 2015 Minute order Denying Defendant Harold Pick's Demurrer and Motion to Strike in *Motorola Solutions, Inc. v. Harold Pick, et al.*, Case No. SC123039.

15. Attached as **Exhibit O** is a true and correct copy of the June 27, 2018 Notice of Ruling Denying Defendant Francis' Motion for Judgment on the Pleadings in *Motorola Solutions, Inc. v. Harold Pick, et al.*, Case No. SC123039.

16. Attached as **Exhibit P** is a true and correct copy of the August 15, 2019 Minute Order in Motorola Solutions, Inc. v. Harold Pick, et al., Case No. SC123039.

17. Attached as **Exhibit Q** is a true and correct copy of the August 16, 2019 Minute Order in Motorola Solutions, Inc. v. Harold Pick, et al., Case No. SC123039.

18. Attached as **Exhibit R** is a true and correct copy of the August 20, 2019 Minute Order in Motorola Solutions, Inc. v. Harold Pick, et al., Case No. SC123039.

19. Attached as **Exhibit S** is a true and correct copy of the August 20, 2019 Special Verdict re: Concealment in *Motorola Solutions, Inc. v. Harold Pick, et al.*, Case No. SC123039.

20. Attached as **Exhibit T** is a true and correct copy of the September 9, 2019 Plaintiff's Brief Re: Fourth Cause Of Action For Declaratory Relief and Reformation of Deed in *Motorola Solutions, Inc. v. Harold Pick, et al.*, Case No. SC123039.

DATED: November 8, 2019

Respectfully submitted,

BROWN WHITE & OSBORN LLP

By  *s/Kenneth P. White*
      KENNETH P. WHITE
      Attorneys for Defendants
      PETER E. CARLSON AND
      MOTOROLA SOLUTIONS, INC.