**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PICK, an individual; JAY FRANCIS, an individual; WIRELESS US, LC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KAY, an individual; MOTOROLA SOLUTIONS, INC., a Delaware Corporation; LUCKY'S TWO-WAY RADIOS, INC., a Nevada limited liability company; PETER E. CARLSON, an individual,<br><br>Defendants. | Case No. CV 19-7137-DMG (FFMx)<br><br>**JUDGMENT** |

On July 7, 2020, this Court having granted Defendants' motions to dismiss with prejudice [Doc. # 37],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiffs and that this action is dismissed on the merits.

DATED: July 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE